UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARMEN GOMEZ,
*on behalf of herself and
all others similarly situated,*

        Plaintiff,

        -against-

TAVERN IN THE SQUARE
HOLDING COMPANY LLC,

        Defendant.

Case No.: 17-CV-07984

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

---

**PLEASE TAKE NOTICE** that the claims of Plaintiff, Carmen Gomez, are hereby dismissed without prejudice, in their entirety, as against Defendant, Tavern in the Square Holding Company LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: October 19, 2017
      New York, New York

                                          Lee Litigation Group, PLLC
                                          30 East 39th Street, Second Floor
                                          New York, NY 10016
                                          Phone: (212) 465-1188

                                          _____
                                          C.K. Lee, Esq. (CL 4086)

SO ORDERED:

_____
U.S.D.J.